IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WHISPER MY STYLE, LLC | § | CASE NO.   20-41306 |
| | § | (Chapter 7) |
| | § | |
| DEBTOR | § | |

### NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY OF THE ESTATE

### NOTICE

### 14-DAY NEGATIVE NOTICE – LBR 6007(b):

**Your rights may be affected by the relief sought in this pleading.  You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this Motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the court shortens or extends the time for filing such objection.  If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the Court may enter an order granting the relief sought.   If an objection is filed and served in a timely manner, the Court will thereafter set a hearing with appropriate notice.  If you fail to appear at the hearing, your objection may be stricken.   The court reserves the right to set a hearing on any matter.**

**TO THE HONORABLE BRENDA T. RHOADES, U.S. BANKRUPTCY JUDGE:**

Christopher J. Moser, the Chapter 7 Trustee of the above-referenced bankruptcy estate (the "Trustee"), files his Notice of Trustee's Intent to Abandon Property of the Estate ("Notice") as follows:

1. On June 4, 2020, Whisper My Style, LLC ("Debtor") filed with this Court a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Christopher J. Moser is the Chapter 7 Trustee of the Debtor's bankruptcy estate.

3. The Debtor's estate consists of cash in the Trustee's account in the amount of $399.83 which represents cash collected from Texas Comptroller of Public Accounts for an over payment of unemployment tax less monthly bank service fees to date of $1.08 for a total of $398.75 ("Property").

4. Pursuant to §554(a) of the Bankruptcy Code, a trustee may abandon any property of the estate that is burdensome to the estate or is of inconsequential value and benefit to the estate. In the opinion of the Trustee, the Property is of no value to the bankruptcy estate since Trustee intends to close the Debtor's case as a no-asset case. Therefore, the Trustee seeks authority to abandon the Property and issue a check to the Debtor's president, Nancy Carrillo, in the amount of $398.75 less any assessed monthly bank service fees.

**WHEREFORE, PREMISES CONSIDERED,** the Trustee respectfully requests that this Court authorize the Trustee to abandon the Property and issue a check to the Debtor's president, Nancy Carrillo, in the amount of $398.75 less any assessed monthly bank service fees and that this Court grant the Trustee such other and further relief to which he may be justly entitled.

Respectfully submitted

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas   75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Telefax)

By:   */s/ Christopher J. Moser*
State Bar No. 14572500

**TRUSTEE**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice has been served via regular U.S. mail, postage prepaid, on this 21st day of December 2020, upon the parties on the attached service list.

                                                         */s/ Christopher J. Moser*